# United States District Court
Middle District of Florida
Tampa Division

**JUDGMENT IN A CIVIL CASE**

BEVERLY DILLON, NEAL A. STUBBS,
and CORPUS HAREM, LTD.,

    Plaintiffs,

v.

CASE NO. 8:98-cv-2237-T-23TGW

AXXSYS INT'L, INC., ADAM M. REISER,
DEBORAH AUSTIN REISER, HYPERION
MANAGEMENT GROUP, and INTERNET
MARKETING GROUP, INC.

    Defendants).

_____/

**Jury Verdict:** This action came to trial before a jury, which returned a verdict, part of which was subject to successful motions under Rule 50(b).

IT IS ORDERED AND ADJUDGED:

Judgment is entered in favor of Deborah Austin Reiser and against plaintiffs on claim one, claim two, and claim three;

Judgment is entered in favor of plaintiffs and against Adam M. Reiser on claim one, claim two, and claim three in the amount of $1,025,316.00; and

Judgment is entered in favor of plaintiffs and against both Adam R. Reiser and Deborah Austin Reiser on claim four in the amount of $190,000.00.

August 18, 2005

SHERYL L. LOESCH, CLERK

_(signature)_
(By) Deputy Clerk