UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BEVERLY DILLON, et al.,

    Plaintiffs,

v.                                            CASE NO: 8:98-cv-2237-T-23TGW

AXXSYS INTERNATIONAL, INC., et al.,

    Defendants,
_____/

## ORDER

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), a September 6, 2005, order (Doc. 366) referred the plaintiffs' unopposed motion for attorney fees (Doc. 360-1) and Deborah Austin's ("Austin") motion for attorney fees (Doc. 363) to the United States Magistrate Judge for a report and recommendation. Following the Magistrate Judge's November 14, 2006, report and recommendation (Doc. 397), Austin objects (Doc. 398) and the plaintiffs respond (Doc. 399).

A *de novo* determination of those portions of the report and recommendation to which Austin objects reveals that the objections either are unfounded or otherwise require no different resolution of the plaintiff's motion to dismiss. Accordingly, Austin's objections (Doc. 398) are **OVERRULED** and the Magistrate Judge's report and recommendation (Doc. 397) is **ADOPTED**. The plaintiffs' unopposed motion for attorney fees (Doc. 360-1) is **GRANTED**. The Clerk is directed to enter judgment (1) in favor of the plaintiffs and against Adam Reiser in the amount of $710,533.00 for

attorney fees and (2) in favor of the plaintiffs and against Deborah Austin and Adam Reiser in the amount of $25,113.97 for costs.  Austin's motion for attorney fees (Doc. 363) is **DENIED**.

ORDERED in Tampa, Florida, on December 19, 2006.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   US Magistrate Judge
      Courtroom Deputy